IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARVIN FRANKLIN, also known as Marvin Franklin El, )<br>)<br>) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv1082-MHT |
| ) | (WO) |
| CHAPLAIN STEVEN SMITH, ) | |
| Defendant. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit alleging that Chaplain Steven Smith violated his First Amendment rights.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of December, 2014.

                     /s/ Myron H. Thompson
                  **UNITED STATES DISTRICT JUDGE**